TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00604-CV







Villas on Travis Condominium Owners' Association, Inc., Appellant


v.


Jess R. King and Mary Suzanne King, Appellees








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-05985, HONORABLE PAUL DAVIS, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N


 The parties to this case have informed this Court that they have settled all claims
arising out of the underlying action. Accordingly, the appellant and the appellees have jointly filed
a motion to dismiss with prejudice. We grant the motion and dismiss the appeal.



 __________________________________________

 Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Joint Motion

Filed: August 26, 2005